LINNEA N. WILLIS (SBN #221352)
LAW OFFICE OF LINNEA N. WILLIS
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone:  (510) 383-9795
Fax:  (510) 288-1339

Attorney for Plaintiffs
IFETAYO R. AZIBO-BOYNTON and
ESTATE OF LEVI B. BOYNTON, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, an individual; and the ESTATE OF LEVI B. BOYNTON, JR. by and through personal representative IFETAYO R. AZIBO-BOYNTON,<br><br>Plaintiffs,<br>vs.<br>CITY OF PINOLE, a city governmental entity; CITY OF RICHMOND, a city governmental entity; TIM COUWELS, an individual; CHRIS FODOR, an individual; ZACH BLUME, an individual; PAUL M. CLANCY, an individual; CHRIS MAGNUS, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.  C 10-04151 RS**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RESET ALL DEADLINES; ORDER THEREON**<br><br>CMC Date:  March 10, 2011<br>Time:  10:00a.m.<br>Department:  Courtroom 3, 17th Floor<br><br>**Honorable Judge Richard Seeborg** |

    Plaintiffs and Defendants, by and through counsel Linnea N. Willis and James M. Marzan, hereby request a continuance of the March 10, 2011 Case Management Conference, and all associated deadlines.  Plaintiffs and Defendants need additional time to meet and confer regarding matters prior to the Case Management Conference.  Therefore, counsel request a continuance of the Case Management Conference and all associated deadlines.

    Defendants' counsel will be out of the country March 25, 2011 to April 7, 2011, therefore the parties have agreed upon a new hearing date of April 14, 2011 (or April 13, 2011 if April 14, 2011 is unavailable).

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**
- 1 -

IT IS SO REQUESTED.

DATED:  March 1, 2011                              /s/ Linnea N. Willis
                                                   LINNEA N. WILLIS
                                                   Attorney for Plaintiffs


DATED:  March 1, 2011                              /s/ James M. Marzan
                                                   JAMES M. MARZAN
                                                   Attorney for Defendants

### ORDER THEREON

The above request to continue the March 10, 2011 Case Management Conference is hereby GRANTED.

The new Case Management Conference will be held on __April 14_____, 2011 at _10:00_____a.m./p.m. in this Department.

IT IS SO ORDERED.

Dated: March _2_, 2011                             _____
                                                   HONORABLE JUDGE RICHARD SEEBORG