**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. 3:10-cv-4151 RS (NJV) |
| Plaintiffs, | ORDER RE LETTER BRIEF |
| CITY OF PINOLE, et al., | |
| Defendants. | |

On October 19, 2011, Plaintiffs filed a request for the Court to reconsider the amount of sanctions awarded and to extend the deadline for payment for sanctions. (Docket No. 42.) Pursuant to the Court's order of October 12, 2011, the payment of sanctions is due on October 24, 2011. *See* Fed.R.Civ.P. 6(a). Defendants are HEREBY ORDERED to file a short letter brief no later than 4:30 p.m. on Thursday, October 20, 2011, stating their response to Plaintiffs' request.

Dated: October 19, 2011

Nandor J. Vadas
United States Magistrate Judge