UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. 3:10-cv-4151 RS (NJV) |
| Plaintiffs, | ORDER DENYING REQUEST FOR COURT TO RECONSIDER AMOUNT OF SANCTIONS AND GRANTING REQUEST TO EXTEND DEADLINE FOR PAYMENT OF SANCTIONS  (Docket No. 42.) |
| v. | |
| CITY OF PINOLE, et al., | |
| Defendants. | |

On October 19, 2011, Plaintiffs filed a document entitled, "Request for Court to Reconsider Amount of Sanctions Awarded and to Extend Deadline for Payment of Sanctions." (Docket No. 42.) Pursuant to the Court's order of October 12, 2011, the payment of sanctions is due on October 24, 2011. *See* Fed.R.Civ.P. 6(a).  On October 19, 2011, the Court ordered Defendants to file a short letter brief no later than 4:30 p.m. on Thursday, October 20, 2011, stating their response to Plaintiffs' request. (Docket No. 43.)  Defendants timely filed their response. (Docket No. 44.)

The procedure for filing a motion in this Court asking a Magistrate Judge to reconsider his own order is set forth in Civil Local Rule 7-9.  As set forth in subsection (a) of that rule, before filing a motion for reconsideration, a party must obtain the Court's leave to file the motion.  As set forth in subsection (b) of that rule, a party moving for leave to file a motion for reconsideration must make a specific showing of one of three circumstances.

In the present case, Plaintiff has not filed a motion for leave to file a motion for reconsideration and so has not met the required standard under Civil Local Rule 7-9.  Accordingly,

Plaintiff's motion for reconsideration is HEREBY DENIED. However, in the interests of justice, the Court HEREBY GRANTS Plaintiff and his counsel to and including January 31, 2012, to pay the imposed monetary sanction.

Dated: October 21, 2011

_____
Nandor J. Vadas
United States Magistrate Judge