*E-Filed 11/18/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. C 10-04151 RS |
| Plaintiffs,<br>v. | **CASE MANAGEMENT<br>SCHEDULING ORDER** |
| CITY OF PINOLE, et al., | |
| Defendants. / | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 17, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. <u>ALTERNATIVE DISPUTE RESOLUTION</u>.

<u>MEDIATION</u>. This matter is referred to a magistrate judge for the purpose of completing a settlement conference within 120 days of the issuance of this order depending upon the schedule of the assigned Magistrate Judge. The parties shall promptly notify the Court whether the case is resolved at the conference.

2. <u>DISCOVERY</u>.

1  On or before September 7, 2012, all non-expert discovery shall be completed by the parties.
2  Discovery shall be limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five
3  (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests
4  for production of documents or for inspection per party; and (d) a reasonable number of requests for
5  admission per party.

6  3. EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall
7  proceed as follows:

8  A.  On or before September 14, 2012, plaintiff shall disclose expert testimony and reports in
9  accordance with Federal Rule of Civil Procedure 26(a)(2).

10  B.  On or before September 28, 2012, defendant shall disclose expert testimony and reports
11  in accordance with Federal Rule of Civil Procedure 26(a)(2).

12  C.  On or before October 12, 2012, all discovery of expert witnesses pursuant to Federal
13  Rule of Civil Procedure 26(b)(4) shall be completed.

14  4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management
15  Conference shall be held on **September 13, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United
16  States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a
17  Joint Case Management Statement at least one week prior to the Conference.

18  5. PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil
19  Local Rule 7.  All pretrial motions shall be heard no later than October 18, 2012.

20  6. PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and
21  confer to discuss preparation of a joint pretrial statement, and on or before January 17, 2013,
22  counsel shall file a Joint Pretrial Statement.

23  7. PRETRIAL CONFERENCE.  The final pretrial conference will be held on **January 31,**
24  **2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
25  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend
26  personally.

27
CASE MANAGEMENT SCHEDULING ORDER
28

8. <u>TRIAL DATE</u>.   Trial shall commence on **February 11, 2013, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 11/18/11

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER