```
LINNEA N. WILLIS (SBN 221352)
LAW OFFICE OF LINNEA N. WILLIS
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone:    (510) 777-9795
Fax:          (510) 288-1339
```

Attorneys for Plaintiffs
IFETAYO R. AZIBO-BOYNTON and
ESTATE OF LEVI B. BOYNTON, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, an individual; and the ESTATE OF LEVI B. BOYNTON, JR. by and through personal representative IFETAYO R. AZIBO-BOYNTON, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PINOLE, a city governmental entity; CITY OF RICHMOND, a city governmental entity; TIM COUWELS, an individual; CHRIS FODOR, an individual; ZACH BLUME, an individual; PAUL M. CLANCY, an individual; CHRIS MAGNUS, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. C 10-04151 RS <br><br> **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER THEREON** <br><br> **Date:** February 8, 2012 <br> **Time:** 9:30 a.m. <br> **Department:** Courtroom E, 15th Floor <br><br> **Hon. Magistrate Judge Elizabeth D. Laporte** |

Plaintiffs and Defendants, by and through counsel Linnea N. Willis and James M. Marzan, stipulate to a continuance of the February 8, 2012 Settlement Conference. The parties are still in the process of conducting important depositions that need to be conducted prior to a meaningful Settlement Conference, including inmates in prisons out of the area. The parties, by and through counsel, therefore stipulate to continue the Settlement Conference to a date available in April 2012, excluding April 2-6, 2012.

IT IS SO REQUESTED.

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**

- 1 -

1  DATED: January 9, 2012                    /s/ Linnea N. Willis
                                             LINNEA N. WILLIS
2                                            Attorney for Plaintiffs

3

4
   DATED: January 9, 2012                    /s/ James M. Marzan
5                                            JAMES M. MARZAN
                                             Attorney for Defendants
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER THEREON**

The above request to continue the February 8, 2012 Settlement Conference is hereby GRANTED.

The new Settlement Conference will be conducted on __April 18_____, 2012 at 9:30 a.m. in Courtroom E before Honorable Magistrate Elizabeth D. Laporte.  The deadlines and other orders set forth in the Settlement Conference Order issued November 21, 2011 shall remain in effect and adjust based on the new Settlement Conference date.   The new deadline for the delivery of the Confidential Settlement Conference Statement to the Magistrate Judge shall be __April 9_____, 2012.

IT IS SO ORDERED.

Dated: January __10__, 2012     _____
HONORABLE MAGISTRATE ELIZABETH D. LAPORTE



IT IS SO ORDERED
Judge Elizabeth D. Laporte