**\*\*E-filed 2/15/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. C 10-4151 RS |
| Plaintiffs, | **ORDER CONTINUING SUMMARY JUDGMENT MOTION HEARING DATE AND BRIEFING SCHEDULE** |
| v. | |
| CITY OF PINOLE, et al., | |
| Defendants. | |

Good cause appearing, the hearing on the motion for summary judgment brought by defendants City of Richmond and Chris Mangus is continued to March 22, 2012. Any opposition shall be filed by March 8, 2012, and any reply by March 15, 2012. Plaintiffs' request for a continuance pursuant to Fed. R. Civ. P. 56(d) to take additional discovery is denied, without prejudice. If the matter is not otherwise resolved, plaintiffs should file any substantive opposition they may have by the due date, and include, if necessary, a request under Rule 56(d) for a continuance in the event the Court concludes the existing evidence and argument is insufficient to demonstrate the existence of a triable issue of fact.

IT IS SO ORDERED.

Dated: 2/15/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE