*E-Filed 2/28/12*

1  PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
2  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA 94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:  (925) 827-3320

5  Attorneys for Defendants CITY OF PINOLE, TIM CAUWELS
   (erroneously sued and served herein as TIM COUWELS),
6  CHRIS FODOR, ZACH BLUME, PAUL M. CLANCY,
   CITY OF RICHMOND and CHRIS MAGNUS
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 IFETAYO R. AZIBO-BOYNTON, an            )
   individual; et al.                      )
11                                         )
                                           )
12          Plaintiffs,                    )    CASE NO.: C10-04151 RS
        vs.                                )
13                                         )
   CITY OF PINOLE, a city governmental     )    STIPULATION OF DISMISSAL AND
14 entity; CITY OF RICHMOND, et al.        )    [PROPOSED] ORDER THEREON
                                           )
          Defendants.                      )
15                                         )

16

17      IT IS HEREBY STIPULATED by and between the parties to this action, through their

18 designated counsel, the following:

19      1. That plaintiffs, and each of them, shall dismiss the CITY OF RICHMOND and CHIEF

20 CHRIS MAGNUS from this action, with prejudice.

21      2. In consideration of plaintiffs' dismissal of the CITY OF RICHMOND and CHIEF

22 CHRIS MAGNUS, the CITY OF RICHMOND and CHIEF CHRIS MAGNUS will produce

23 police officers for deposition and trial without plaintiffs having to subpoena their presence.

24      3. All Defendants in this action will forego payment of sanctions by plaintiffs, as ordered

25 by this court, in the amount of $875.00

26      4. The CITY OF RICHMOND and CHIEF CHRIS MAGNUS shall withdraw their

27 Motion for Summary Judgment currently pending in this court.

28

                            1
   Stipulation of Dismissal and Proposed Order Thereon

1    5. The CITY OF RICHMOND and CHIEF CHRIS MAGNUS shall bear their own costs

2    and fees incurred in connection with this litigation.

3

4    DATED: February 24, 2012

_____
Linnea N. Willis, Esq.
Attorney for Plaintiffs IFETAYO R.
AZIBO-BOYNTON, an individual; and the
estate of LEVI B. BOYNTON, JR., by and
through personal representative, IFETAYO
R. AZIBO-BOYNTON

8    DATED: February 27, 2012

EDRINGTON, SCHIRMER & MURPHY

_____
Peter P. Edrington, Esq.
Attorneys for Defendants CITY OF
PINOLE, TIM CAUWELS
CHRIS FODOR, ZACH BLUME, PAUL M.
CLANCY, CITY OF RICHMOND and
CHRIS MAGNUS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

2

Stipulation of Dismissal and Proposed Order Thereon

1      I, Peter P. Edrington, attest that concurrence in the electronic filing of this document has

2  been obtained from each of the signatories. I declare under penalty of perjury under the laws of

3  the United States of America that the foregoing is true and correct. Executed this ___ day of

4  February 2012, at Pleasant Hill, California

5

6                      /s/ _____
                        Peter P. Edrington, Esq.

7

8

9                             **ORDER**

10      IT IS SO ORDERED.

11

12  DATED: __2/28_____, 2012

13

14

15                      _____
                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and Proposed Order Thereon