*E-Filed 2/28/12*

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PINOLE, TIM CAUWELS
(erroneously sued and served herein as TIM COUWELS),
CHRIS FODOR, ZACH BLUME, PAUL M. CLANCY,
CITY OF RICHMOND and CHRIS MAGNUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IFETAYO R. AZIBO-BOYNTON, an individual; et al.

Plaintiffs,

vs.

CITY OF PINOLE, a city governmental entity; CITY OF RICHMOND, et al.

Defendants.

CASE NO.: C10-04151 RS

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, the following:

1. That plaintiffs, and each of them, shall dismiss the CITY OF RICHMOND and CHIEF CHRIS MAGNUS from this action, with prejudice.

2. In consideration of plaintiffs' dismissal of the CITY OF RICHMOND and CHIEF CHRIS MAGNUS, the CITY OF RICHMOND and CHIEF CHRIS MAGNUS will produce police officers for deposition and trial without plaintiffs having to subpoena their presence.

3. All Defendants in this action will forego payment of sanctions by plaintiffs, as ordered by this court, in the amount of $875.00

4. The CITY OF RICHMOND and CHIEF CHRIS MAGNUS shall withdraw their Motion for Summary Judgment currently pending in this court.

5. The CITY OF RICHMOND and CHIEF CHRIS MAGNUS shall bear their own costs and fees incurred in connection with this litigation.

DATED: February 24, 2012

Linnea N. Willis, Esq.
Attorney for Plaintiffs IFETAYO R. AZIBO-BOYNTON, an individual; and the estate of LEVI B. BOYNTON, JR., by and through personal representative, IFETAYO R. AZIBO-BOYNTON

DATED: February 27, 2012

EDRINGTON, SCHIRMER & MURPHY

Peter P. Edrington, Esq.
Attorneys for Defendants CITY OF PINOLE, TIM CAUWELS CHRIS FODOR, ZACH BLUME, PAUL M. CLANCY, CITY OF RICHMOND and CHRIS MAGNUS

ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

2

Stipulation of Dismissal and Proposed Order Thereon

1  I, Peter P. Edrington, attest that concurrence in the electronic filing of this document has
2  been obtained from each of the signatories. I declare under penalty of perjury under the laws of
3  the United States of America that the foregoing is true and correct. Executed this ___ day of
4  February 2012, at Pleasant Hill, California

/s/ _____
Peter P. Edrington, Esq.

## ORDER

IT IS SO ORDERED.

DATED: __2/28_____, 2012

_____
United States District Judge