UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. 3:10-cv-4151 RS (NJV) |
| Plaintiffs, | ORDER CONTINUING HEARING AND REQUIRING IN PERSON MEET AND CONFER |
| CITY OF PINOLE, et al., | |
| Defendants. | |

    Defendants' Motion to Compel in this case is set for hearing on March 27, 2012. The hearing is HEREBY CONTINUED. The parties are DIRECTED to meet and confer in person regarding the substance of the Motion to Compel no later than Friday, March 30, 2012. The matter is set for a status conference before the undersigned on Tuesday, April 3, 2012, at 11:00 a.m. The parties may appear telephonically. To do so, a party should call 888-684-8852, enter access code 8120805 and then enter security code 4487.

IT IS SO ORDERED.

Dated: March 19, 2012

_____
Nandor J. Vadas
United States Magistrate Judge