**\*E-Filed 3/21/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. C 10-04151 RS |
| Plaintiffs, | **ORDER VACATING PRIOR REFERRAL ORDER** |
| v. | |
| CITY OF PINOLE, et al., | |
| Defendants. | |

The referral order filed at docket #73 on March 20, 2012 is hereby vacated.

IT IS SO ORDERED.

DATED: 3/21/12

_____
RICHARD SEEBORG
United States District Judge