LINNEA N. WILLIS (SBN 221352)
LAW OFFICE OF LINNEA N. WILLIS
220 Fourth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 777-9795
Fax: (510) 288-1339

Attorneys for Plaintiffs
IFETAYO R. AZIBO-BOYNTON and
ESTATE OF LEVI B. BOYNTON, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, an individual; and the ESTATE OF LEVI B. BOYNTON, JR. by and through personal representative IFETAYO R. AZIBO-BOYNTON,<br><br>Plaintiffs,<br>vs.<br>CITY OF PINOLE, a city governmental entity; CITY OF RICHMOND, a city governmental entity; TIM COUWELS, an individual; CHRIS FODOR, an individual; ZACH BLUME, an individual; PAUL M. CLANCY, an individual; CHRIS MAGNUS, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C 10-04151 RS<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE; ORDER THEREON**<br><br>Date: April 18, 2012<br>Time: 9:30 a.m.<br>Department: Courtroom E, 15th Floor<br><br>Hon. Judge Richard G. Seeborg<br>Hon. Magistrate Judge Elizabeth D. Laporte |

  Plaintiffs and Defendants, by and through counsel Linnea N. Willis and James M. Marzan, stipulate to extend the deadline by which a Settlement Conference must be completed, so that the April 18, 2012 Settlement Conference can be continued to May or June 2012. On April 5, 2012, the parties submitted a Stipulation for signature by Honorable Judge Elizabeth D. Laporte. Because continuing the Settlement Conference will put it past 120 days or so from the November Order issued by Judge Seeborg, it was requested that we file a Stipulation/Order for Judge Seeborg to sign first so that Judge Laporte can issue an Order continuing the Settlement Conference if approved by Judge Seeborg.

Therefore the parties hereby stipulate that the deadline to complete the Settlement Conference be extended. As set forth in the Stipulation filed April 5, 2012, although the parties have conducted some important depositions, the parties are still in the process of conducting important depositions and discovery that need to be conducted prior to a meaningful Settlement Conference, including inmates in prisons out of the area.

Therefore the parties hereby stipulate that the deadline to complete the Settlement Conference be continued to July 1, 2012, so that a Settlement Conference can be conducted in May or June 2012.

IT IS SO REQUESTED.

DATED: April 6, 2012  /s/ Linnea N. Willis
LINNEA N. WILLIS
Attorney for Plaintiffs

DATED: April 6, 2012  /s/ James M. Marzan
JAMES M. MARZAN
Attorney for Defendants

### **ORDER THEREON**

The above request to continue the deadline by which a Mandatory Settlement Conference must be completed is hereby GRANTED.

The parties shall have until July 1, 2012 to complete the Settlement Conference, unless further extended by Judge Laporte and the parties.

Judge Laporte is given deference to hereafter issue any necessary Orders continuing the Settlement Conference.

IT IS SO ORDERED.

Dated: April __9__, 2012      _____
                              HONORABLE JUDGE RICHARD G. SEEBORG