UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, et al., | No. 3:10-cv-4151 RS (NJV) |
| Plaintiffs, | ORDER RE DISCOVERY |
| CITY OF PINOLE, et al., | |
| Defendants. _____/ | |

This case was referred to the undersigned on August 24, 2011, for resolution of Defendants' motion to compel (Docket No. 31) and any further discovery disputes. (Docket No. 32.) On May 9, 2012, and May 10, 2012, the parties filed letter briefs regarding the ongoing issue of Plaintiff's compliance with discovery requests. (Documents Nos. 87, 88.) Having reviewed the parties' papers, the Court HEREBY ORDERS Plaintiff to provide the supplemental responses to Defense Counsel no later than 4:30 p.m. on Wednesday, May 16, 2012. Should Plaintiff fail to do so, Plaintiff will be facing sanctions.

IT IS FURTHER ORDERED that this case is set for a telephonic status conference at 1:00 p.m. on Tuesday, May 22, 2012. Counsel shall dial 888-684-8852, enter access code 1868782 and security code 7416.

Dated: May 10, 2012

Nandor J. Vadas
United States Magistrate Judge