UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IFETAYO R. AZIBO-BOYNTON

        Plaintiff(s),

v.

CITY OF PINOLE

        Defendant(s).
_____/

No. 10-04151 (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 22, 2012, Defendant Sgt. Tim Cauwels, through counsel, requested to be excused from personally appearing at the settlement conference scheduled for May 24, 2012.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that be available by telephone from 9:30 am Pacific Standard Time until further notice on May 24, 2012.

If the Court concludes that the absence of Sgt. Cauwels is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Sgt. Cauwels.

SO ORDERED.

Dated: May 23, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge