LINNEA N. WILLIS (SBN 221352)
LAW OFFICE OF LINNEA N. WILLIS
220 Fourth Street, Suite 200
Oakland, CA 94607
Telephone:    (510) 777-9795
Fax:            (510) 288-1339

Attorneys for Plaintiffs
IFETAYO R.  AZIBO-BOYNTON and
ESTATE OF LEVI B. BOYNTON, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, an individual; and the ESTATE OF LEVI B. BOYNTON, JR. by and through personal representative IFETAYO R. AZIBO-BOYNTON, | **CASE NO.  C 10-04151 RS** |
| | |
| | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| Plaintiffs, | |
| vs. | **Date:         August 30, 2012** |
| CITY OF PINOLE, a city governmental entity; | **Time:         1:30 p.m.** |
| CITY OF RICHMOND, a city governmental entity; TIM COUWELS, an individual; | **Department:   Courtroom 3** |
| CHRIS FODOR, an individual; ZACH | **17th Floor** |
| BLUME, an individual; PAUL M. CLANCY, an individual; CHRIS MAGNUS, an individual; | |
| and DOES 1-50, inclusive, | **Hon. Judge Richard Seeborg** |
| Defendants. | |

Plaintiffs and Defendants, by and through counsel Linnea N. Willis and Nancy McPherson,

stipulate to a continuance of the August 30, 2012 Status Conference.

As the Court is aware, this case was settled at the May 24, 2012 Settlement Conference.  The

parties have had difficulties finalizing the settlement.  After the last Status Conference on July 26,

2012, Plaintiffs' counsel revised the proposed Settlement Agreement and sent to Defendants' counsel

on August 9, 2012.  Defendants' counsel responded on August 22, 2012.  At that point, Plaintiff

IFETAYO AZIBO-BOYNTON had traveled out of state to attend to her son who was in a car

accident.  The parties need additional time to finalize the Settlement Agreement.

The parties, by and through counsel, therefore stipulate to continue the Status Conference to a date available in September or October 2012, excluding September 7, 13, 14, 17-21, 24-28, and October 22-25.

IT IS SO REQUESTED.

DATED:  August 29, 2012                    _____/s/ Linnea N. Willis_____
                                           LINNEA N. WILLIS
                                           Attorney for Plaintiffs


DATED:  August 29, 2012                    _____/s/ Nancy McPherson_____
                                           NANCY MCPHERSON
                                           Attorney for Defendants

### ORDER THEREON

The above request to continue the August 30, 2012 Status Conference is hereby GRANTED.

The new ~~Settlement~~ Status Conference will be conducted on __October 11,_____, 2012 at

1:30 p.m.

IT IS SO ORDERED.

Dated: August _29_, 2012

_____
HONORABLE JUDGE RICHARD SEEBORG