LINNEA N. WILLIS (SBN 221352)
LAW OFFICE OF LINNEA N. WILLIS
220 Fourth Street, Suite 200
Oakland, CA 94607
Telephone:      (510) 777-9795
Fax:             (510) 288-1339

Attorneys for Plaintiffs
IFETAYO R.  AZIBO-BOYNTON and
ESTATE OF LEVI B. BOYNTON, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, an individual; and the ESTATE OF LEVI B. BOYNTON, JR. by and through personal representative IFETAYO R. AZIBO-BOYNTON,<br><br>                    Plaintiffs,<br><br>         vs.<br>CITY OF PINOLE, a city governmental entity; CITY OF RICHMOND, a city governmental entity; TIM COUWELS, an individual; CHRIS FODOR, an individual; ZACH BLUME, an individual; PAUL M. CLANCY, an individual; CHRIS MAGNUS, an individual; and DOES 1-50, inclusive,<br><br>                    Defendants. | CASE NO.  C 10-04151 RS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>**Date:          August 30, 2012**<br>**Time:          1:30 p.m.**<br>**Department:   Courtroom 3**<br>**                 17th Floor**<br><br>**Hon. Judge Richard Seeborg** |

        Plaintiffs and Defendants, by and through counsel Linnea N. Willis and Nancy McPherson,

stipulate to a continuance of the August 30, 2012 Status Conference.

        As the Court is aware, this case was settled at the May 24, 2012 Settlement Conference.  The

parties have had difficulties finalizing the settlement.  After the last Status Conference on July 26,

2012, Plaintiffs' counsel revised the proposed Settlement Agreement and sent to Defendants' counsel

on August 9, 2012.  Defendants' counsel responded on August 22, 2012.  At that point, Plaintiff

IFETAYO AZIBO-BOYNTON had traveled out of state to attend to her son who was in a car

accident.  The parties need additional time to finalize the Settlement Agreement.

The parties, by and through counsel, therefore stipulate to continue the Status Conference to a date available in September or October 2012, excluding September 7, 13, 14, 17-21, 24-28, and October 22-25.

IT IS SO REQUESTED.

DATED:  August 29, 2012                              /s/ Linnea N. Willis
                                                      _____
                                                      LINNEA N. WILLIS
                                                      Attorney for Plaintiffs


DATED:  August 29, 2012                              /s/ Nancy McPherson
                                                      _____
                                                      NANCY MCPHERSON
                                                      Attorney for Defendants

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER THEREON

The above request to continue the August 30, 2012 Status Conference is hereby GRANTED.

Status
The new ~~Settlement~~ Conference will be conducted on _ October 11, _____, 2012 at
1:30 p.m.

IT IS SO ORDERED.

Dated: August _29__, 2012

_____
HONORABLE JUDGE RICHARD SEEBORG