PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
NANCY A. McPHERSON, Esq. (
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320

Attorneys for Defendants CITY OF PINOLE, TIM CAUWELS
(erroneously sued and served herein as TIM COUWELS),
CHRIS FODOR, ZACH BLUME, and PAUL M. CLANCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFETAYO R. AZIBO-BOYNTON, an individual; et al.<br><br>Plaintiffs,<br>vs.<br><br>CITY OF PINOLE, a city governmental entity; CITY OF RICHMOND, et al.<br><br>Defendants. | CASE NO.: C10-04151 RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned matter be dismissed, with prejudice, owing to an agreement to settle, according to the terms which were put on the record before the Honorable Elizabeth D. LaPorte on May 24, 2012.

//
//
//
//
//
//

1

DATED: December 17, 2012

_____
Linnea N. Willis, Esq.
Attorney for Plaintiffs IFETAYO R.
AZIBO-BOYNTON, an individual; and the
estate of LEVI B. BOYNTON, JR., by and
through personal representative, IFETAYO
R. AZIBO-BOYNTON

DATED: December 17, 2012

EDRINGTON, SCHIRMER & MURPHY

_____
Nancy A. McPherson, Esq.
Attorneys for Defendants CITY OF
PINOLE, TIM CAUWELS (erroneously
sued and served herein as TIM COUWELS),
CHRIS FODOR, ZACH BLUME, and
PAUL M. CLANCY

ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

I, Nancy A. McPherson, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of December, 2012, at Pleasant Hill, California

/s/ Nancy A. McPherson
Nancy A. McPherson, Esq.

ORDER

IT IS SO ORDERED.

DATED: 12/18, 2012

_____
Richard Seeborg
United States District Judge